# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 19-00126-KD-B |
| JOSE GABRIEL SANTOS-MEJIA | : |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 46) and without any objection having been filed by the parties, Defendant's plea of guilty to Count One of the Information is now accepted and Defendant is adjudged guilty of such offense.

The sentencing hearing has been scheduled for **June 28, 2019 at 10:00 am,** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama, 36602.

**DONE and ORDERED** this the 18th day of June 2019.

                                    s/Kristi K. DuBose
                                    KRISTI K. DuBOSE
                                    CHIEF UNITED STATES DISTRICT JUDGE